RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
State Bar No. 8540
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Jose Gomez-Cabrera

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:14-cr-072-KJD-VCF |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| vs. | (Second Request) |
| GOMEZ-CABRERA et al, | |
| Defendant. | |

     IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and RAQUEL LAZO, Assistant Federal Public Defender, counsel for JOSE JESUS GOMEZ-CABRERA, that the sentencing hearing currently scheduled for Wednesday, June 10, 2015 at the hour of 9:00 a.m., be vacated and set to a date and time convenient to this Court but no earlier than forty-five (45) days.

     This Stipulation is entered into for the following reasons:

     1.     Since the last request for an extension of time, the parties have been able to meet pursuant to U.S.S.G. section 5C1.2(5).

///

///

2. Defense counsel however still requires some additional time to gather certain mitigation documents from defendant. Many of these documents will need to be translated into English. Additional time is also needed to draft the sentencing memorandum which was currently due June 3, 2015. Once it is drafted, defense counsel will need to review it with defendant.

3. The defendant is incarcerated and agrees to the continuance in this matter.

4. The parties agree to the continuance.

5. This is the second request to continue filed herein.

DATED this 4th day of June, 2015.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL BOGDEN<br>United States of Attorney |
| /s/ Raquel Lazo<br>By: _____<br>RAQUEL LAZO,<br>Assistant Federal Public Defender<br>Counsel for Jose Jesus Gomez-Cabrera | /s/ Robert Knief<br>By: _____<br>ROBERT KNIEF,<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GOMEZ-CABRERA et al,<br><br>　　　　Defendant. | 2:14-cr-072-KJD-VCF<br><br>**ORDER** |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS FURTHER ORDERED that the sentencing hearing currently scheduled for Wednesday, June 10, 2015, be vacated and continued to __August 5, 2015__ at the hour of _9:00 a_.m.

DATED this 9th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

3