RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Jose Jesus Gomez-Cabrera

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JOSE JESUS GOMEZ-CABRERA,<br><br>            Defendant. | Case No. 2:14-cr-072-KJD-VCF<br><br>**UNOPPOSED MOTION TO CONTINUE SELF SURRENDER DATE** |

Comes now the defendant, Jose Jesus Gomez-Cabrera, by and through his counsel of record, Raquel Lazo, Assistant Federal Public Defender, and hereby moves this court for an order to continue his self surrender date for sixty (60) days. This motion is supported by the following Memorandum of Points and Authorities.

DATED this 8th day of October, 2015.

                                        RENE L. VALLADARES
                                        Federal Public Defender

                           By:  */s/Raquel Lazo*
                                        RAQUEL LAZO
                                        Assistant Federal Public Defender
                                        Attorney for Jose Jesus Gomez-Cabrera

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Mr. Gomez has been designated to his BOP facility. He is required to voluntarily surrender on November 6, 2015, before 12:00 p.m.

2. Mr. Gomez seeks a continuance of his surrender date for several reasons. First, he asks this court to respectfully consider a release date after the holidays. This will be his son's first Thanksgiving and Christmas. Secondly, he would like additional time to get his financial affairs in order as he prepares to leave his wife (who is currently unemployed), teenage daughter, and two small children behind. Finally, he has been consulting with an immigration attorney regarding an imminent ICE detainer once he surrenders. Undersigned counsel can confirm this as she too has been in contact with the attorney. Mr. Gomez and his immigration attorney would request additional time to continue to consult before he surrenders as it will be easier to do so with Mr. Gomez out of custody.

3. Mr. Gomez' Pretrial Services Officer, Sandra Bustos, has no opposition. Mr. Gomez is in full compliance.

4. The government also has no opposition.

DATED this 8th day of October, 2015.

                              RENE L. VALLADARES  
                              Federal Public Defender

                              */s/ Raquel Lazo*  
By:_____  
                              RAQUEL LAZO,  
                              Assistant Federal Public Defender

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>JOSE JESUS GOMEZ-CABRERA,<br><br>           Defendant. | Case No. 2:14-cr-072-KJD-VCF<br><br>**ORDER** |

   IT IS HEREBY ORDERED that Defendant Jose Jesus Gomez-Cabrera, have his self surrender day continued to   January 8, 2016   .

   DATED this 19th day of October, 2015.

_____
**UNITED STATES DISTRICT JUDGE**

3