**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE JESUS GOMEZ-CABRERA,<br><br>　　　　Defendant. | Case No. 2:14-cr-072-KJD-VCF<br><br>**PROPOSED ORDER** |

　　　IT IS HEREBY ORDERED that Defendant Jose Jesus Gomez-Cabrera, have his self surrender day continued to <u>February 8, 2016 by noon</u>.

　　　DATED this <u>30th</u> day of December, 2015.

_____
**UNITED STATES DISTRICT JUDGE**
KENT J. DAWSON